# EXHIBIT 1

**TO BE FILED SEPARATELY UNDER SEAL**