**EXHIBIT 2**

 **Precision Machine & Manufacturing, Inc.**
May 5 at 3:09 PM · 🌐



Attention all Finn Blower Truck Customers: For the very first time EVER, Precision Machine & Manufacturing is providing all Finn Blower Truck Owners with direct aftermarket access to PMM's high-quality Blower Truck Rotary Feeders and Parts including: Knives, knife clamps, bearings, packing, etc. at factory direct and extremely competitive prices! We have Blower Truck Feeders on the shelf and ready for delivery! Call now and order your brand new factory **#rotaryfeeder** and **#RotaryAirlock**! **#BlowerTruck #Mulching #mulchblower #RotaryAirlock #blowertrucks #mulchdelivery #mulch**



