IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| FINN CORPORATION, *ET AL.*, | ) | Case No. 1:25cv418 |
| | ) | |
| Plaintiffs, | ) | Judge Jeffery P. Hopkins |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF APPEARANCE OF** |
| PRECISION MACHINE & | ) | **COUNSEL** |
| MANUFACTURING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Notice is hereby given that Terry W. Posey and Margo S. Brandenburg of Porter Wright Morris & Arthur LLP, have entered their appearances in the above-captioned case as counsel of record on behalf of Defendant Precision Machine & Manufacturing, Inc. Please provide notification of orders, filings, hearing dates and similar communications to Mr. Posey's and Ms. Brandenburg's attention at the email addresses and office contact information provided below.

                Respectfully submitted,

                */s/ Terry W. Posey, Jr.*
                Terry W. Posey (0078292)
                Trial Attorney
                Porter Wright Morris & Arthur LLP
                1 South Main Street, Suite 1600
                Dayton, OH 45402
                Telephone: (937) 449-6709
                Facsimile: (937) 449-6820
                tposey@porterwright.com

                Margo S. Brandenburg (101183)
                Porter Wright Morris & Arthur LLP
                250 East Fifth Street, Suite 2200
                Cincinnati, OH 45202
                Telephone: (513) 369-4223
                Facsimile: 513.421.0991
                mbrandenburg@porterwright.com

                *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on August 21, 2025 a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filing System (CM/ECF). Notice of and access to these filings will be provided to all parties through CM/ECF.

                                          */s/ Terry W. Posey, Jr.*
                                          Terry W. Posey (0078292)