**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)**

| | | |
|---|---|---|
| FINN CORPORATION, *ET AL.*, | ) | Case No. 1:25cv418 |
| | ) | |
| Plaintiffs, | ) | Judge Jeffery P. Hopkins |
| | ) | |
| v. | ) | **STIPIULATION OF EXTENSION OF** |
| | ) | **TIME FOR DEFENDANT** |
| PRECISION MACHINE & | ) | **PRECISION MACHINE &** |
| MANUFACTURING, INC., | ) | **MANUFACTURING, INC. TO** |
| | ) | **ANSWER OR OTHERWISE** |
| Defendant. | ) | **RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6.1(a), the parties stipulate to an extension of 10 days for Defendant Precision Machine & Manufacturing, Inc. to answer or otherwise respond to Plaintiffs' Complaint. The proposed extension would change Plaintiffs' deadline to answer or otherwise respond from August 22, 2025, to September 2, 2025. Defendant has not previously requested an extension nor has an extension been previously granted. This stipulated extension will not exceed 10 days per Local Rule 6.1(a).

Respectfully submitted,

| | |
|---|---|
| */s/ Terry W. Posey, Jr.* | */s/ per email authority 8/20/2025* |
| Terry W. Posey, Jr. (0078292) | Matthew J. Bakota (0079830) |
| Trial Attorney | Emily M. Snively (0104656) |
| Porter Wright Morris & Arthur LLP | 1 South Main Street, Suite 1300 |
| 1 South Main Street, Suite 1600 | Dayton, Ohio 45402 |
| Dayton, Ohio 45402-2028 | Phone: (937) 449-6400 |
| Telephone: (937) 449-6709 | Fax: (937) 449-2836 |
| Facsimile: (937) 449-6820 | matthew.bakota@dinsmore.com |
| tposey@porterwright.com | emily.snively@dinsmore.com |
| | |
| Margo S. Brandenburg (101183) | Michael A. Xavier (0097121) |
| Porter Wright Morris & Arthur LLP | 1775 Sherman St., Suite 2600 |
| 250 East Fifth Street, Suite 2200 | Denver, CO 80209 |
| Cincinnati, Ohio 45202 | Phone: (303) 296-3996 |
| Telephone: (513) 369-4223 | michael.xavier@dinsmore.com |
| Facsimile: (513) 421-0991 | |
| mbrandenburg@porterwright.com | *Attorneys for Plaintiffs* |

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 21, 2025 a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filing System (CM/ECF). Notice of and access to these filings will be provided to all parties through CM/ECF.

<u>/s/ Terry W. Posey, Jr.</u><br>
Terry W. Posey, Jr. (0078292)