IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| FINN CORPORATION, *ET AL.*, | ) | Case No. 1:25cv418 |
| | ) | |
| Plaintiffs, | ) | Judge Jeffery P. Hopkins |
| | ) | |
| v. | ) | |
| | ) | |
| PRECISION MACHINE & MANUFACTURING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF DON LINDSEY PURSUANT TO 28 U.S.C. § 1746

I, Don Lindsey, declare as follows:

1. I am over the age of eighteen and competent to testify to the matters stated herein. I am the President and Chief Executive Officer of Precision Machine and Manufacturing, LLC ("Precision"), located at 1290 S. Bertelsen Road, Eugene, Oregon 97402.

2. I have personal knowledge of the facts related to Precision's business dealings with Finn Corporation and Express Blower, Inc., including the development and sale of rotary feeders and related components.

3. I reviewed the Amended Complaint in this matter, including Exhibit 2.

4. The Complaint references a May 15, 2025 cease and desist letter.

5. In response to the May 15, 2025 cease and desist letter, Precision immediately altered the challenged ads posted on Facebook and an Internet forum to address the concerns.

6. A true and accurate copy of the alterations are attached as Exhibit 1.

7. The third issue was a Bing advertisement, which was removed altogether and so no pictorial evidence exists to demonstrate it.

8. Although the communication was between counsel, my understanding is that Finn Corporation and Express Blower, Inc. were notified that the allegedly offending ads had been changed and/or removed.

9. I am not aware of any additional complaints by Finn Corporation or Express Blower, Inc., and Precision has not reinstated the complained-of use in any forum.

10. I make this declaration in support of PMM's Motion to Dismiss and to provide factual background relevant to the Court's consideration of the issues presented.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this  10  day of September 2025, in Eugene, Oregon.


*Don Lindsey*
_____
Don Lindsey

26670511.1





# 2025-09-10 Lindsey Declaration

Final Audit Report 2025-09-10

| | |
|---|---|
| Created: | 2025-09-10 |
| By: | Terry Posey, Jr. (TPosey@porterwright.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAP-Nqhe0f9IyQdm620_ERb_1Jxx98zPJi |

## "2025-09-10 Lindsey Declaration" History

- Document created by Terry Posey, Jr. (TPosey@porterwright.com)
  2025-09-10 - 8:19:07 PM GMT

- Document emailed to Don Lindsey (donl@premach.com) for signature
  2025-09-10 - 8:19:54 PM GMT

- Email viewed by Don Lindsey (donl@premach.com)
  2025-09-10 - 8:20:14 PM GMT

- Document e-signed by Don Lindsey (donl@premach.com)
  Signature Date: 2025-09-10 - 10:20:44 PM GMT - Time Source: server

- Agreement completed.
  2025-09-10 - 10:20:44 PM GMT

Adobe Acrobat Sign