**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| FINN CORPORATION, *et al.*, | : | Case No. 1:25-cv-00418-JPH |
| | : | |
| Plaintiffs, | : | Judge Jeffery P. Hopkins |
| | : | |
| v. | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| PRECISION MACHINE & MANUFACTURING, INC., | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFFS FINN CORPORATION AND EXPRESS BLOWER
INC.'S NOTICE OF FILING OF CORRECTED CERTIFICATE
OF SERVICE OF PLAINTIFFS FINN CORPORATION AND EXPRESS
BLOWER INC.'S NOTICE OF FILING OF EXHIBIT UNDER SEAL (ECF 15)**

PLEASE TAKE NOTICE THAT Plaintiffs Finn Corporation and Express Blower Inc. (collectively, "Plaintiffs"), hereby file a Corrected Certificate of Service of Plaintiffs Finn Corporation and Express Blower Inc.'s Notice of Filing of Exhibit under Seal (ECF 15). The Corrected Certificate is attached hereto, correcting the date of service of Docket No. 15 to December 1, 2025.

Respectfully submitted,

DINSMORE & SHOHL LLP

*/s/ Michael A. Xavier*
Matthew J. Bakota (0079830)
Emily M. Snively (0104656)
1 South Main Street, Suite 1300
Dayton, Ohio 45402
Phone: (937) 449-6400
matthew.bakota@dinsmore.com
emily.snively@dinsmore.com

and

Michael A. Xavier (0097121)<br>
1775 Sherman St., Suite 2600<br>
Denver, CO 80203<br>
Phone: (303) 296-3996<br>
michael.xavier@dinsmore.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, a true and correct copy of the foregoing, with its attachment, was electronically filed with the U.S. District Court, Southern District of Ohio, and served upon all parties of record via the E-mail as follows:

Terry W. Posey, Jr.
Porter Wright Morris & Arthur LLP
One South Main Street, Suite 1600
Dayton, OH 45402
tposey@porterwright.com
llenglain@porterwright.com

*/s/ Michael A. Xavier*