IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| FINN CORPORATION, *et al.*, | : | Case No. 1:25-cv-00418-JPH |
| | : | |
| Plaintiffs, | : | Judge Jeffery P. Hopkins |
| | : | |
| v. | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| PRECISION MACHINE & MANUFACTURING, INC., | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFFS FINN CORPORATION AND
EXPRESS BLOWER INC.'S CORRECTED CERTIFICATE
OF SERVICE OF PLAINTIFFS FINN CORPORATION AND EXPRESS
BLOWER INC.'S NOTICE OF FILING OF EXHIBIT UNDER SEAL (ECF 15)**

I hereby certify that on December 1, 2025, I caused a true and correct copy of Plaintiffs Finn Corporation and Express Blower Inc.'s Notice of Filing of Exhibit under Seal (ECF 15), with its attachment, to be served upon all parties of record via electronic mail as follows:

Terry W. Posey, Jr.
Porter Wright Morris & Arthur LLP
One South Main Street, Suite 1600
Dayton, OH 45402
tposey@porterwright.com
llenglain@porterwright.com

Respectfully submitted,

    DINSMORE & SHOHL LLP

    */s/ Michael A. Xavier*
    Matthew J. Bakota (0079830)
    Emily M. Snively (0104656)
    1 South Main Street, Suite 1300
    Dayton, Ohio 45402
    Phone: (937) 449-6400
    matthew.bakota@dinsmore.com
    emily.snively@dinsmore.com

    and

Michael A. Xavier (0097121)
1775 Sherman St., Suite 2600
Denver, CO 80203
Phone: (303) 296-3996
michael.xavier@dinsmore.com

*Attorneys for Plaintiffs*