**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| FINN CORPORATION, *et al.*, | : | Case No. 1:25-CV-418 |
| | : | |
| Plaintiffs, | : | Judge Jeffery P. Hopkins |
| | : | |
| v. | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| PRECISION MACHINE & | : | |
| MANUFACTURING, INC., | : | **NOTICE OF APPEARANCE** |
| | : | |
| Defendant. | : | |
| | : | |

Now come Plaintiffs Finn Corporation and Express Blower Inc., hereby notifying the Court and parties that Callum S. Morris of Dinsmore & Shohl LLP is hereby entering his appearance in this matter.

DINSMORE & SHOHL LLP

*/s/ Callum S. Morris*
Matthew J. Bakota (0079830)
Callum S. Morris (0096817)
Emily M. Snively (0104656)
1 South Main Street, Suite 1300
Dayton, Ohio 45402
Phone: (937) 449-6400
matthew.bakota@dinsmore.com
callum.morris@dinsmore.com
emily.snively@dinsmore.com

Michael A. Xavier (0097121)
1775 Sherman St., Suite 2600
Denver, CO 80203
Phone: (303) 296-3996
michael.xavier@dinsmore.com

*Attorneys for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28th, 2026, a true and correct copy of the foregoing was electronically filed with the U.S. District Court, Southern District of Ohio, and served upon all parties of record via the Court's electronic filing system.

*/s/ Callum S. Morris*