**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| FINN CORPORATION, *et al.*, | : | Case No. 1:25-CV-418 |
| | : | |
| Plaintiffs, | : | Judge Jeffery P. Hopkins |
| | : | |
| v. | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| PRECISION MACHINE & | : | |
| MANUFACTURING, INC., | : | **STIPULATED EXTENSION OF TIME** |
| | : | **FOR PLAINTIFFS FINN** |
| Defendant. | : | **CORPORATION AND EXPRESS** |
| | : | **BLOWER INC. TO RESPOND TO** |
| | : | **DEFENDANT PRECISION MACHINE &** |
| | : | **MANUFACTURING, INC.'S** |
| | : | **COUNTERCLAIMS AGAINST** |
| | : | **PLAINTIFFS (DOC. 19)** |
| | : | |

Pursuant to S.D. Ohio Civ. R. 6.1(a), the parties hereby stipulate to a fourteen (14) day extension for Plaintiffs Finn Corporation and Express Blower Inc. ("Plaintiffs") to answer or otherwise respond to Defendant Precision Machine & Manufacturing, Inc.'s Counterclaims Against Plaintiffs (Doc. 19). The proposed extension would extend Plaintiffs' responsive deadline from May 29, 2026 to June 12, 2026. Plaintiffs have not received any prior extensions under Rule 6.1, therefore this extension will not exceed the twenty-one days provided by the rule.

1

Respectfully submitted,

PORTER WRIGHT MORRIS & ARTHUR LLP      DINSMORE & SHOHL LLP

/s/ Terry W. Posey, Jr. (per authorization 5/28/26)     /s/ Callum S. Morris
Terry W. Posey, Jr. (0078292)          Matthew J. Bakota (0079830)
Trial Attorney                         Callum S. Morris (0096817)
Porter Wright Morris & Arthur LLP      Emily M. Snively (0104656)
1 South Main Street, Suite 1600        1 South Main Street, Suite 1300
Dayton, Ohio 45402-2028                Dayton, Ohio 45402
Telephone: (937) 449-6709              Phone: (937) 449-6400
Facsimile: (937) 449-6820              matthew.bakota@dinsmore.com
tposey@porterwright.com                callum.morris@dinsmore.com
                                       emily.snively@dinsmore.com

Margo S. Brandenburg (101183)
Porter Wright Morris & Arthur LLP      Michael A. Xavier (0097121)
250 East Fifth Street, Suite 2200      1775 Sherman St., Suite 2600
Cincinnati, Ohio 45202                 Denver, CO 80203
Telephone: (513) 369-4223              Phone: (303) 296-3996
Facsimile: (513) 421-0991              michael.xavier@dinsmore.com
mbrandenburg@porterwright.com

                                       Attorneys for Plaintiffs

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 28th, 2026, a true and correct copy of the foregoing was electronically filed with the U.S. District Court, Southern District of Ohio, and served upon all parties of record via the Court's electronic filing system.

/s/ Callum S. Morris
Callum S. Morris

2