UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


Finn Corporation, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:25−cv−00418−JPH
                                                        Judge Jeffery P. Hopkins

Precision Machine & Manufacturing, Inc.

                                        Defendant.


**CLERK'S NOTICE OF NON−COMPLIANCE WITH S.D. OHIO CIV. R. RULE 5.1(c)**


S.D. Ohio Civ. R. 5.1(c) provides, "Except as provided herein or unless authorized by a judge,

all documents shall be filed electronically as a searchable text PDF. ..."

The Clerk's Office has reviewed your filing, docket number(s) [22−1, 22−2, 22−3] and it appears that one or

more of the PDFs are not text searchable and therefore is not in compliance with S.D. Ohio Civ. R. 5.1(c).

You shall refile docket number(s) [22−1, 22−2, 22−3] as a text searchable document(s), linking the document back to

the original filing(s) within 24−hours. Failure to do so could result in your document(s) being stricken

from the docket and/or other actions deemed appropriate by the Judicial Officer assigned to this case.

If you are unable to refile your document(s) by the deadline, or you believe that your original

document(s) is/are text searchable, you may file a motion in this case requesting an extension of time to

file the document(s) or requesting an additional review of the document(s) in question. Alternatively, you

may call the Clerk's Office for any inquiries you may have about correcting the issue.


Please contact the Clerk's Office if you seek further assistance.

Office of the Clerk
Potter Stewart U.S. Courthouse
100 East Fifth St., Rm. 103
Cincinnati, Ohio 45202
513−564−7500
Clerks_Office@ohsd.uscourts.gov


June 8, 2026                                    **Richard W. Nagel**
                                               **Clerk of Court**

                                               by Deputy Clerk / kev