**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| FINN CORPORATION, *et al.*, | : | Case No. 1:25-CV-418 |
| | : | |
| Plaintiffs, | : | Judge Jeffery P. Hopkins |
| | : | |
| v. | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| PRECISION MACHINE & | : | |
| MANUFACTURING, INC., | : | **STIPULATED EXTENSION OF TIME** |
| | : | **FOR PLAINTIFFS FINN** |
| Defendant. | : | **CORPORATION AND EXPRESS** |
| | : | **BLOWER INC. TO FILE THEIR REPLY** |
| | : | **IN SUPPORT OF THE MOTION TO** |
| | : | **DISMISS DEFENDANT PRECISION** |
| | : | **MACHINE AND MANUFACTURING,** |
| | : | **INC.'S COUNTERCLAIMS (DOC. 25)** |
| | : | |

Pursuant to S.D. Ohio Civ. R. 6.1(a), the parties hereby stipulate to a seven-day extension for Plaintiffs Finn Corporation and Express Blower Inc. ("Plaintiffs") to file their reply in support of their Motion to Dismiss Defendant Precision Machine & Manufacturing, Inc.'s Counterclaims Against Plaintiffs (Doc. 25). The proposed extension would extend Plaintiffs' responsive deadline from July 8, 2026 to July 15, 2026. Plaintiffs received a prior extension of fourteen days under Rule 6.1, therefore a further seven-day extension will not exceed the twenty-one days provided by the rule.

1

Respectfully submitted,

PORTER WRIGHT MORRIS & ARTHUR LLP     DINSMORE & SHOHL LLP

/s/*Terry W. Posey, Jr.* (via email authorization 7/6/2026)     /s/ *Callum S. Morris*

| | |
|---|---|
| Terry W. Posey, Jr. (0078292) | Matthew J. Bakota (0079830) |
| Trial Attorney | Callum S. Morris (0096817) |
| Porter Wright Morris & Arthur LLP | Emily M. Snively (0104656) |
| 1 South Main Street, Suite 1600 | 1 South Main Street, Suite 1300 |
| Dayton, Ohio 45402-2028 | Dayton, Ohio 45402 |
| Telephone: (937) 449-6709 | Phone: (937) 449-6400 |
| Facsimile: (937) 449-6820 | matthew.bakota@dinsmore.com |
| tposey@porterwright.com | callum.morris@dinsmore.com |
| | emily.snively@dinsmore.com |

| | |
|---|---|
| Margo S. Brandenburg (101183) | Michael A. Xavier (0097121) |
| Porter Wright Morris & Arthur LLP | 1775 Sherman St., Suite 2600 |
| 250 East Fifth Street, Suite 2200 | Denver, CO 80203 |
| Cincinnati, Ohio 45202 | Phone: (303) 296-3996 |
| Telephone: (513) 369-4223 | michael.xavier@dinsmore.com |
| Facsimile: (513) 421-0991 | |
| mbrandenburg@porterwright.com | Attorneys for Plaintiffs |

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 6th, 2026, a true and correct copy of the foregoing was electronically filed with the U.S. District Court, Southern District of Ohio, and served upon all parties of record via the Court's electronic filing system.

/s/ *Callum S. Morris*
Callum S. Morris

2